This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Adeniran and Destiny Alao-Hamed v. Travelers Companies, The Standard Fire Insurance Company

| | |
|---|---|
| Case Number | 49D05-2503-PL-014589 |
| Court | Marion Superior Court 5 |
| Type | PL - Civil Plenary |
| Filed | 03/26/2025 |
| Status | 03/26/2025 , Pending (active) |

## Parties to the Case

**Defendant** Travelers Companies, The Standard Fire Insurance Company

**Address**
CSC
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

**Attorney**
Michael Robert Giordano
*#3131753, Lead, Retained*

LEWIS WAGNER LLP
1411 ROOSEVELT AVENUE STE 102
INDIANAPOLIS, IN 46201
317-237-0500(W)

**Attorney**
Peter Michael Elliott
*#3257649, Retained*

LEWIS WAGNER, LLP
1411 Roosevelt Ave
Suite 102
Indianapolis, IN 46201
317-237-0500(W)

**Plaintiff** Alao-Hamed, Adeniran and Destiny

**Attorney**
Stacy Lynn Kelley
*#1924949, Retained*

Stacy L Kelley
Glaser & Ebbs
845 S Meridian Street
Indianapolis, IN 46225
317-636-5211(W)

ECF Doc. 1-3

## Chronological Case Summary

| | |
|---|---|
| 03/26/2025 | **Case Opened as a New Filing** |

| 03/27/2025 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance | |
| | For Party: | Alao-Hamed, Adeniran and Destiny |
| | File Stamp: | 03/26/2025 |

| 03/27/2025 | **Subpoena/Summons Filed** | |
| --- | --- | --- |
| | Summons | |
| | Filed By: | Alao-Hamed, Adeniran and Destiny |
| | File Stamp: | 03/26/2025 |

| 03/27/2025 | **Complaint/Equivalent Pleading Filed** | |
| --- | --- | --- |
| | Complaint | |
| | Filed By: | Alao-Hamed, Adeniran and Destiny |
| | File Stamp: | 03/26/2025 |

| 04/03/2025 | **Certified Mail Returned** | |
| --- | --- | --- |
| | Green card signed | |
| | Party Served: | Travelers Companies, The Standard Fire Insurance Company |

| 04/22/2025 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance | |
| | For Party: | Travelers Companies, The Standard Fire Insurance Company |
| | File Stamp: | 04/21/2025 |

| 04/22/2025 | **Notice of Automatic Enlargement of Time** | |
| --- | --- | --- |
| | Notice of Automatic Enlargement of Time | |
| | File By: | Travelers Companies, The Standard Fire Insurance Company |
| | File Stamped: | 04/21/2025 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Alao-Hamed, Adeniran and Destiny

Plaintiff

Balance Due (as of 04/22/2025)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 232.00 | 0.00 | 232.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 03/27/2025 | Transaction Assessment | 232.00 |
| 03/27/2025 | Electronic Payment | (232.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

```
STATE OF INDIANA          )IN THE MARION COUNTY SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )CAUSE NO.

ADENIRAN AND DESTINY ALAO-HAMED        )
                                       )
        Plaintiffs                     )
                                       )
   vs.                                 )
                                       )
TRAVELERS COMPANIES,                   )
THE STANDARD FIRE INSURANCE COMPANY    )
                                       )
                                       )
        Defendants                     )
```

**APPEARANCE BY ATTORNEY IN CIVIL CASE**

**Party Classification:**  Initiating **X**   Responding___   Intervening___

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Adeniran and Destiny Alao-Hamed

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 an 77(B) is as follows:

    Name: **Stacy L. Kelley**              Atty. Number: **19249-49**
    Address: **GLASER & EBBS**             Phone:  **(317) 636-5211**
      **845 S. Meridian Street**           FAX:    **(317) 638-3474**
      **Indianapolis, IN 46225**           E-mail Address: **skelley@glaserebbs.com**

3. There are other party members: **Yes__ No X** (*If yes, list on continuation page*)

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): PL

5. I will accept service by FAX/email:  Yes__ No X

6. This case involves support issues.  Yes__  No X  (*If yes, supply social security numbers for all family members.*)

7. There are related cases:  Yes__  No X  (*If yes, list on continuation page*)

8. This form has been served on all other parties.  Certificate of Service is attached:  Yes___  No X

9. Additional information required by local rule_____

                                        /s/ Stacy L. Kelley
                                        **STACY L. KELLEY**

# SUMMONS

| | |
|---|---|
| STATE OF INDIANA | ) IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: |
| COUNTY OF MARION | ) CAUSE NO. |

ADENIRAN AND DESTINY ALAO-HAMED )
)
      **Plaintiffs** )
)
vs. )
)
TRAVELERS COMPANIES, )
THE STANDARD FIRE INSURANCE COMPANY )
)
)
      **Defendants** )

TO DEFENDANT:     (Name)     Travelers Companies
                                     The Standard Fire Insurance Company
                                     CSC
                 (Address)     135 N. Pennsylvania Street, Suite 1610
                                     Indianapolis, IN 46204

       You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

       The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

       An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.
       If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: 3/27/2025               _Katherine E Sweeney Bell_
                                          Clerk, Superior Court of Marion County

**(The following manner of service of summons is hereby designated.)**

       _____X_____     Registered or certified mail.

       _____     Service on individual – (Personal or copy) at above address.

       _____     Service at place of employment, to-wit: _____

       _____     Service on agent. (Specify) _____

       _____     Other service. (Specify) _____

Stacy L. Kelley, Attorney for Plaintiffs
**GLASER & EBBS**
845 S. Meridian Street
Indianapolis, IN 46225
Telephone: 317-636-5211
Fax: 317-638-3474
skelley@glaserebbs.com

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2025.

(1)     By delivering a copy of the Summons and a copy of the complaint to the respondent, _____

(2)     By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling place or usual place of abode of _____

(3)     Other Service or Remarks:_____
_____

_____          _____
Sheriff's Costs                                                            Sheriff

Dated: _____, 2025.            By:_____
                                                                                    Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2025, I mailed a copy of this Summons and a copy of the complaint to the respondent, _____, by _____ mail, requesting a return receipt, at the address furnished by the petitioner.

_____
Clerk of the Superior Court of Marion County

Dated: _____, 2025            By:_____
                                                                                    Deputy

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to respondent _____ was accepted by the respondent on the _____, 2025.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____, 2025.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to respondent _____ was accepted by _____ on behalf of said respondent on the _____ day of _____, 2025.

_____
Clerk of the Superior Court of Marion County

By: _____
           Deputy

| | |
|---|---|
| STATE OF INDIANA | )IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: |
| COUNTY OF MARION | )CAUSE NO. |

**ADENIRAN AND DESTINY ALAO-HAMED** )
)
    **Plaintiffs** )
)
vs. )
)
**TRAVELERS COMPANIES,** )
**THE STANDARD FIRE INSURANCE COMPANY** )
)
)
    **Defendants** )

## COMPLAINT

Comes now Plaintiffs Adeniran and Destiny Alao-Hamed by the undersigned counsel, and for their cause of action against the Defendant Travelers Companies, The Standard Fire Insurance Company states the following:

1. Plaintiffs Adeniran and Destiny Alao-Hamed are residents of Marion County, Indianapolis, State of Indiana.

2. Defendant Travelers Companies, The Standard Fire Insurance Company (hereinafter, Travelers) is and was at all times material hereto an insurance carrier registered to do business in the State of Indiana, and doing business in Indianapolis, Marion County, State of Indiana.

3. At all times material herein, the date and location of the collision was March 11, 2023 at a stop sign near W. 56th Street and Georgetown Road, Indianapolis, Marion County, State of Indiana.

4. On said date and time, Plaintiff Adeniran Alao-Hamed was operating his 2015 Lexus ES 350 stopped at the stop sign exiting the parking lot of the retail shops located at W.

1

56th Street and Georgetown Road, Indianapolis, IN along with Plaintiff Destiny Alao-Hamed and their three (3) minor children as passengers in the vehicle.

5. On said date and time, another driver traveling westbound on W. 56th Street attempted to turn into the parking lot and suddenly and without warning turned in front of another vehicle traveling eastbound on W. 56th Street causing both vehicles to collide with the vehicle Plaintiffs and their three (3) minor children were passengers causing Plaintiffs and their children bodily injuries.

## COUNT I – BREACH OF CONTRACT

6. Plaintiffs reallege and incorporate herein paragraphs 1-5 as if fully set forth herein.

7. At all times material hereto Plaintiffs Adeniran and Destiny Alao-Hamed paid premiums to Defendant Travelers and were insured under and in compliance with the terms of an auto insurance policy issued to them by Defendant Travelers, Auto Policy Number 602455166 203, Policy Period May 17, 2022 to May 17, 2023.  Exhibit A

8. The applicable policy of insurance issued by Defendant Travelers provides medical payments coverage for the benefit of Plaintiffs and their minor children in the policy limits amount of Ten Thousand Dollars ($10,000.00) for each person and for each claim.

9. Plaintiffs and their minor children incurred medical expenses as a result of the collision of March 11, 2023 to which they submitted a demand to Defendant Travelers for medical payments coverage pursuant to the terms and conditions of the auto insurance policy issued by Defendant Travelers.

10. Defendant Travelers has failed to comply with the terms and conditions of the auto insurance policy and refuses to completely pay the medical payments coverage claim despite

repeated demand.

11. Plaintiffs have performed all conditions precedent to recover under the applicable auto insurance policy and has not excused, waived or released the Defendant Travelers from complying with the terms of the auto insurance policy.

## COUNT II - INSURANCE BAD FAITH

12. Plaintiffs reallege and incorporate herein paragraphs 1-11 as if fully set forth herein.

13. Implied in the written auto insurance policy between Plaintiffs and Defendant Travelers is a covenant of good faith and fair dealing.

14. Defendant Travelers through its representatives, adjusters, agents and/or employees has breached the covenant of good faith and fair dealing by engaging in the following unfair claim settlement practices:

> A. Misrepresenting pertinent facts or insurance policy provisions relating to coverage at issue;
>
> B. Failing to acknowledge and act reasonably promptly upon communications with respect to Plaintiffs claims;
>
> C. Failing to adopt and implement reasonable standards for the prompt investigation of Plaintiffs claims;
>
> D. Refusing to pay Plaintiffs claim without conducting a reasonable investigation based upon all available information; and
>
> E. Not attempting in good faith to effectuate prompt, fair, and equitable resolution of Plaintiffs medical payments coverage claims causing medical

    providers to send past due balances to collections or allowing medical

    providers and/or insurers to perfect liens against Plaintiffs.

  15.  Defendant Travelers has an established practice of bad faith conduct with respect to its own insurance policy holders by and through their representatives, adjusters, agents and/or employees.

  16.  Defendant Travelers in committing acts of bad faith did so intentionally, maliciously, and with the purpose of denying the medical payments coverage pursuant to the auto insurance policy rightfully due Plaintiffs.

  **WHEREFORE**, Plaintiffs Adeniran and Destiny Alao-Hamed requests judgment against Defendant Travelers Insurance Companies, The Standard Fire Insurance Company in a sum to be determined, attorney fees and expenses, costs of o this action, punitive damages, trial by jury and all other relief just and proper in the premises.

        Respectfully submitted,

        **GLASER & EBBS**

        **/s/ Stacy L. Kelley**
        **STACY L. KELLEY**
        **Attorney for Plaintiffs**



9590 9402 9289 4295 0626 26

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion County Clerk
675 Justice Way
Indianapolis, IN 46203

Cause No. 49D05-2503-PL-014589



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Travelers Companies
The Standard Fire Insurance Company
CSC
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

9590 9402 9289 4295 0626 26

2. Article Number (Transfer from service label)

9589 0710 5270 1601 8119 48

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Mary Coleman
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

MAR 3 1 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | |
|---|---|
| ADENIRAN and DESTINY ALAO-HAMED, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CAUSE NO. 49D05-2503-PL-014589 ) ) |
| TRAVELERS COMPANIES, THE STANDARD FIRE INSURANCE COMPANY, | ) ) ) ) |
| Defendants | ) ) |

**APPEARANCE BY ATTORNEY IN CIVIL CASE**

**Party Classification:** Initiating ____ Responding __√__ Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

    *TRAVELERS COMPANIES AND*
    *STANDARD FIRE INSURANCE COMPANY*

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    Michael R. Giordano              Attorney No. 31317-53
    Peter M. Elliott                 Attorney No. 32576-49
    LEWIS WAGNER, LLP                Phone: (317) 237-0500
    1411 Roosevelt Avenue, Suite 102 FAX:   (317) 630-2790
    Indianapolis, IN  46201          mgiordano@lewiswagner.com
                                     pelliott@lewiswagner.com

    Each attorney specified on this appearance:
    (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
    (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
    (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).
    Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. There are other party members: Yes ____ No __X__

4. *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): _____

5.     This case involves support issues. Yes ___ No _X_ *(If yes, supply social security numbers for all family members on continuation page.)*

6.     There are related cases: Yes ___ No _X_ *(If yes, list on continuation page.)*

7.     This form has been served on all other parties.
Yes _X_ No _____

8.     Additional information required by local rule: _____N/A_____.

    Respectfully submitted,

    LEWIS WAGNER, LLP

    /s/ Michael R. Giordano
    MICHAEL R. GIORDANO, #31317-53
    PETER M. ELLIOTT, #32576-49
    *Counsel for Defendants, Travelers Companies and Standard Fire Insurance Company*

## CERTIFICATE OF SERVICE

On April 21, 2025, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered.

Stacy L. Kelley, #19249-49
GLASER & EBBS
845 S. Meridian Street
Indianapolis, IN 46225
Counsel for Plaintiffs

    /s/ Michael R. Giordano
    MICHAEL R. GIORDANO

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone: (317) 237-0500
mgiordano@lewiswagner.com

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | |
|---|---|
| ADENIRAN and DESTINY ALAO-HAMED, | ) ) ) |
| Plaintiffs, | ) ) ) CAUSE NO. 49D05-2503-PL-014589 |
| v. | ) ) |
| TRAVELERS COMPANIES, THE STANDARD FIRE INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants | ) |

**NOTICE OF AUTOMATIC ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Under Rule 6(B) of the Indiana Rules of Trial Procedure, Defendants, by counsel, notify this Court of their automatic enlargement of time to respond to Plaintiffs' Complaint. Defendants' response was initially due on April 23, 2025. Defendants' response is now due by May 23, 2025.

Respectfully submitted,

LEWIS WAGNER, LLP


/s/ Michael R. Giordano
MICHAEL R. GIORDANO, #31317-53
PETER M. ELLIOTT, #32576-49
*Counsel for Defendants, Travelers Companies and Standard Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

On April 21, 2025, a copy of the foregoing was served on the following through the IEFS:

Stacy L. Kelley, #19249-49
GLASER & EBBS
845 S. Meridian Street
Indianapolis, IN  46225
Counsel for Plaintiffs

        /s/ Michael R. Giordano
        MICHAEL R. GIORDANO

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone: (317) 237-0500
mgiordano@lewiswagner.com